**DITMAS et al. v. HITCHINGS et al.** (Supreme Court, General Term, Second Department. December 10, 1894.) Action by Johanna Ditmas and others, executors of Henry Clay Ditmas, against Hector M. Hitchings and others, executors of Benjamin G. Hitchings. No opinion. Judgment affirmed, with costs.

---

**DOWD, Appellant, v. SMITH, Respondent.** (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Mary A. Dowd against Dudley B. Smith. No opinion. Order affirmed, with $10 costs and disbursements. See 29 N. Y. Supp. 821.

---

**ELLIS H. ROBERTS & CO. v. BULGER, Respondent (VIETOR et al., Appellants).** (Supreme Court, General Term, Fourth Department. July, 1894.) Action by Ellis H. Roberts & Co. against Patrick F. Bulger, assignee, etc. No opinion. Order so far as appealed from reversed as to the appellants, with $10 costs and disbursements, without prejudice to an application by the assignee for an allowance for expenses incurred.

---

**EXHORN, Respondent, v. EXHORN, Appellant.** (Supreme Court, General Term, First Department. January 18, 1895.) Action by Anton Exhorn against Paulina Exhorn. F. Seymour, for appellant. F. A. Botty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

**FIRST NAT. BANK OF SALEM, Appellant, v. DAVIS, Respondent.** (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by the First National Bank of Salem against Joseph Davis. No opinion. Judgment appealed from affirmed.

---

**FISHER, Respondent, v. VILLAGE OF CAMBRIDGE, Appellant.** (Supreme Court, General Term, Third Department. December 4, 1894.) Action by Warren D. Fisher against the village of Cambridge. No opinion. Judgment affirmed, with costs.

---

**FOOTE, Respondent, v. METROPOLITAN EL. RY. CO., Appellant.** (Supreme Court, General Term, First Department. December 14, 1894.) Action by Elizin V. Foote against the Metropolitan Elevated Railway Company. No opinion. Judgment affirmed, with costs.

---

**FOX v. HARDENBURGH.** (Supreme Court, General Term, Third Department. December 4, 1894.) Action by Patrick Fox against Benjamin F. Hardenburgh. No opinion. Judgment affirmed, with costs.

---

**FRANK, Appellant, v. OLIN, Respondent.** (Supreme Court, General Term, First Department. December 14, 1894.) Action by Jacob W. Frank against Stephen H. Olin. L. L. Kellogg, for appellant. S. H. Olin, for respondent. No opinion. Judgment affirmed, with costs, on opinion on former appeal, reported in 15 N. Y. St. Rep. 161.

---

**GABRIEL et al., Respondents, v. SCHILLINGER FIRE-PROOF CEMENT & ASPHALT CO., Appellant.** (Supreme Court, General Term, First Department. December 14, 1894.) Action by Max Gabriel and others against Schillinger Fire-Proof Cement & Asphalt Company. B. Lewinson, for appellant. No opinion. Order reversed, with $10 costs and disbursements.

---

**GAGE et al., Respondents, v. LIPPMAN et al., Appellants.** (Common Pleas of New York City and County, General Term. December 3, 1894.) Action by Alvin A. Gage and Henry S. Bennett against Julius Lippman and Louis Levy.

PER CURIAM. The motion to dismiss the appeal should be denied. The appellants served the printed cases on appeal several years ago, and the respondents could have brought the case on for hearing at any time. The appellants urge that the respondents have violated their stipulation to mark the printed case settled, as containing all the evidence. This allegation is not denied. The cause had better be brought on at the next term, and disposed of in the ordinary way.

---

**GARDENIER, Appellant, v. ALLPORT et al., Respondents.** (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Wilson H. Gardenier against Amos Allport and others. No opinion. Decision and interlocutory judgment affirmed, with costs.

---

**GARDENIER, Appellant, v. BULGER, Respondent.** (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Wilson H. Gardenier against Charles N. Bulger, impleaded, etc. No opinion. Decision and interlocutory judgment affirmed, with costs.

---

**GATES v. NEW YORK RECORDER CO.** (Supreme Court, General Term, Second Department. December 10, 1894.) Action by Ida M. Gates against the New York Recorder Company. No opinion. Judgment affirmed, with costs.

---

**GATES et al., Respondents, v. WELCH, et al., Appellants.** (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Elvira B. Gates and others against Samuel E. Welch and others. No opinion. Interlocutory judgment affirmed, with costs, and leave granted to appellants to withdraw their demurrers and answer upon payment of the costs of the demurrers, and one bill of costs on appeal.

---

**GOMEZ v. GOMEZ.** (Supreme Court, General Term, First Department. December 14, 1894.) Action by Edwin Gomez against Horatio Gomez. No opinion. Motion denied. See 31 N. Y. Supp. 206.

---

**GREEN, Respondent, v. SMITH et al., Appellants.** (Supreme Court, General Term, Fourth Department. September, 1894.) Action by James E. Green against William E. Smith and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to answer upon payment of the costs of the demurrer and of this appeal.

---

**HAFNER, Respondent, v. HAFNER, Appellant.** (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by John F. Hafner against Emma L. Hafner. No opinion. Judgment appealed from affirmed.